# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BROOK M. HURD, et al., <br>                Plaintiff(s), <br> vs. <br> CLARK COUNTY SCHOOL DISTRICT, et al., <br>                Defendant(s). | Case No. 2:16-cv-02011-GMN-NJK <br><br> ORDER |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than January 27, 2017, either (1) a joint proposed discovery plan; or (2) a status report explaining why a proposed discovery plan should not be filed at this time.

IT IS SO ORDERED.

DATED: January 23, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge