# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BROOK M. HURD, et al., ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs. ) <br> ) <br> CLARK COUNTY SCHOOL DISTRICT, et al., ) <br> ) <br> Defendant(s). ) <br> _____ ) | Case No. 2:16-cv-02011-GMN-NJK <br><br> ORDER <br><br> (Docket No. 27) |

Pending before the Court is the parties' stipulated proposed discovery plan and scheduling order. Docket No. 27. The parties request a partial stay of discovery pending the resolution of Defendants' motion to dismiss. *Id.* at 3. In the alternative, the parties propose a discovery plan with longer time periods than the presumptively reasonable time periods set forth in LR 26-1(b). *Id.* at 4.

Courts have broad discretionary power to control discovery. *See, e.g., Little v. City of Seattle*, 863 F.2d 681, 685 (9th Cir. 1988). The mere pendency of a dispositive motion is insufficient to stay discovery. *See, e.g., Kor Media Grp., LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013). Rather, "a party seeking to stay discovery carries the heavy burden of making a strong showing why discovery should be denied." *Id.* The parties in this case have not met this burden, as they have not even addressed the relevant standards. *See id.*; *see also* Docket No. 27. However, the parties have demonstrated good cause for the Court to grant the discovery plan that they have proposed in the alternative. *See id.* at 2-3.

Accordingly, the parties' stipulated proposed discovery plan and scheduling order, Docket No. 27, is **GRANTED** to the extent that it is consistent with this order. The discovery deadlines are as follows:

- Discovery cut-off date: November 1, 2017
- Amending the pleadings and adding parties: August 1, 2017
- Initial expert disclosures: September 1, 2017
- Rebuttal expert disclosures: October 2, 2017
- Dispositive motions: December 1, 2017
- Proposed joint pretrial order: January 2, 2018, or 30 days after the Court rules on any dispositive motions or further Court order

IT IS SO ORDERED.

DATED: January 30, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge