MARIANNE C. LANUTI, SBN 007784
**Law Offices of Marianne C. Lanuti**
194 Inveraray Court
Henderson, NV 89074
Tel: 702.501-1147
Fax: 702.270-2346
Nvkidslaw@gmail.com

TODD BOLEY, CA Bar No. 68119
**Law Offices of Todd Boley**
2831 Mariner Square Dr., Ste 280
Alameda, CA 94501
Telephone: (510) 836-4500
Facsimile: (510) 649-5170

PETER W. ALFERT, CA Bar No. 83139
**LAW OFFICES OF PETER ALFERT**
200 Pringle Ave., Suite 450
Walnut Creek, California 94596
Telephone: (925) 279-3009
Facsimile: (925) 279-3342

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BROOK M. HURD, GERALDINE C. HURD, AND M.H., A MINOR, BY AND THROUGH HER GUARDIAN AD LITEM, BROOK M. HURD; LUIS O. VILLALOBOS; OLIVIA N. ESPINOZA; L.M.V., A MINOR, BY AND THROUGH HIS GUARDIAN AD LITEM OLIVIA N. ESPINOZA; ZEKROLLAH SANAEI, ELHAM EGHDAMIAN; and S.S., A MINOR, BY AND THROUGH HIS GUARDIAN AD LITEM, ZEKROLLAH SANAEI.<br><br>Plaintiffs,<br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, JAMES P. DORAN, SHAWN PAQUETTE, AND KRISTY KELLER<br><br>Defendants. | Case No. 2:16-cv-02011-GMN-NJK<br><br>[PROPOSED] ORDER APPOINTING BROOK M. HURD AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF M.H. |

1 | Brook M. Hurd, having filed an administrative motion for an Order appointing him as
2 | Guardian Ad Litem for Plaintiff M.H. and good cause appearing therefore,
3 | IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT Plaintiff BROOK M.
4 | HURD is appointed Guardian Ad Litem for the minor Plaintiff M.H. in the above-entitled matter.
5 | ///
6 | ///
7 | ///

IT IS SO ORDERED

_____
UNITED STATES MAGISTRATE JUDGE

Dated: May 5, 2017