MARIANNE C. LANUTI, SBN 007784
**Law Offices of Marianne C. Lanuti**
194 Inveraray Court
Henderson, NV 89074
Tel: 702.501-1147
Fax: 702.270-2346
Nvkidslaw@gmail.com

TODD BOLEY, CA Bar No. 68119
**Law Offices of Todd Boley**
2831 Mariner Square Dr., Ste 280
Alameda, CA 94501
Telephone: (510) 836-4500
Facsimile: (510) 649-5170

PETER W. ALFERT, CA Bar No. 83139
**LAW OFFICES OF PETER ALFERT**
200 Pringle Ave., Suite 450
Walnut Creek, California 94596
Telephone: (925) 279-3009
Facsimile: (925) 279-3342

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BROOK M. HURD, GERALDINE C. HURD, AND M.H., A MINOR, BY AND THROUGH HER GUARDIAN AD LITEM, BROOK M. HURD; LUIS O. VILLALOBOS; OLIVIA N. ESPINOZA; L.M.V., A MINOR, BY AND THROUGH HIS GUARDIAN AD LITEM OLIVIA N. ESPINOZA; ZEKROLLAH SANAEI, ELHAM EGHDAMIAN; and S.S., A MINOR, BY AND THROUGH HIS GUARDIAN AD LITEM, ZEKROLLAH SANAEI.<br>   Plaintiffs,<br><br>  v.<br><br>CLARK COUNTY SCHOOL DISTRICT, JAMES P. DORAN, SHAWN PAQUETTE, AND KRISTY KELLER<br><br>   Defendants. | Case No. 2:16-cv-02011-GMN-NJK<br><br>[PROPOSED] ORDER APPOINTING ZEKROLLAH SANAEI AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF S.S. |

Zekrollah Sanaei, having filed an administrative motion for an Order appointing him as Guardian Ad Litem for Plaintiff S.S. and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT Plaintiff ZEKROLLAH SANAEI is appointed Guardian Ad Litem for the minor Plaintiff S.S. in the above-entitled matter.

///
///
///

IT IS SO ORDERED

_____
UNITED STATES MAGISTRATE JUDGE

Dated: May 5, 2017