1  MARIANNE C. LANUTI, SBN 007784
   **Law Offices of Marianne C. Lanuti**
2  194 Inveraray Court
   Henderson, NV 89074
3  Tel: 702.501-1147
   Fax: 702.270-2346
4  Nvkidslaw@gmail.com

5  TODD BOLEY, CA Bar No. 68119
   **Law Offices of Todd Boley**
6  2831 Mariner Square Dr., Ste 280
   Alameda, CA 94501
7  Telephone: (510) 836-4500
   Facsimile: (510) 649-5170
8

9  PETER W. ALFERT, CA Bar No. 83139
   **LAW OFFICES OF PETER ALFERT**
10 200 Pringle Ave., Suite 450
   Walnut Creek, California 94596
11 Telephone: (925) 279-3009
   Facsimile: (925) 279-3342

12 Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BROOK M. HURD, GERALDINE C. HURD, AND M.H., A MINOR, BY AND THROUGH HER GUARDIAN AD LITEM, BROOK M. HURD; LUIS O. VILLALOBOS; OLIVIA N. ESPINOZA; L.M.V., A MINOR, BY AND THROUGH HIS GUARDIAN AD LITEM OLIVIA N. ESPINOZA; ZEKROLLAH SANAEI, ELHAM EGHDAMIAN; and S.S., A MINOR, BY AND THROUGH HIS GUARDIAN AD LITEM, ZEKROLLAH SANAEI.<br>　　　　Plaintiffs,<br>　　v.<br>CLARK COUNTY SCHOOL DISTRICT, JAMES P. DORAN, SHAWN PAQUETTE, AND KRISTY KELLER<br>　　　　Defendants. | Case No. 2:16-cv-02011-GMN-NJK<br><br>[PROPOSED] ORDER APPOINTING OLIVIA N. ESPINOZA AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF L.M.V. |

1  Olivia N. Espinoza, having filed an administrative motion for an Order appointing her as Guardian Ad Litem for Plaintiff L.M.V. and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT Plaintiff OLIVIA N. ESPINOZA is appointed Guardian Ad Litem for the minor Plaintiff L.M.V. in the above-entitled matter.

//
//
//

                      IT IS SO ORDERED

                      _____
                      UNITED STATES MAGISTRATE JUDGE

                      Dated: May 5, 2017 _____