# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BROOK M. HURD, et al., ) | |
| ) | Case No. 2:16-cv-02011-GMN-NJK |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| CLARK COUNTY SCHOOL DISTRICT, et al., ) | |
| ) | |
| Defendant(s). ) | |

Pending before the Court is a stipulation to extend certain deadlines. Docket No. 46. The Court **SETS** a telephonic hearing for 2:00 p.m. on July 21, 2017. Counsel shall appear telephonically by calling the Court conference line at 877-402-9757 at least five minutes prior to the hearing. The conference code is 6791056. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

IT IS SO ORDERED.

Dated: July 18, 2017

_____
Nancy J. Koppe
United States Magistrate Judge