# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BROOK M. HURD, *et al.* | Case No. 2:16-cv-02011-GMN-NJK |
| Plaintiff(s), | ORDER |
| vs. | (Docket No. 58) |
| CLARK COUNTY SCHOOL DISTRICT, *et al.* | |
| Defendant(s). | |

Pending before the Court is Defendant James P. Doran's motion to waive the insurance carrier's attendance at the settlement conference on November 3, 2017. Docket No. 58. A response shall be filed no later than September 26, 2017. Any reply shall be filed no later than September 29, 2017.

IT IS SO ORDERED.

DATED: September 19, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge