# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BROOK M. HURD, *et al.* | Case No. 2:16-cv-02011-GMN-NJK |
| Plaintiff(s), | ORDER |
| vs. | (Docket No. 59) |
| CLARK COUNTY SCHOOL DISTRICT, *et al.* | |
| Defendant(s). | |

Pending before the Court is Defendants Clark County School District, Shawn Paquette, and Kristy Keller's motion to excuse Defendant Paquette and Defendant Keller's attendance at the settlement conference on November 3, 2017. Docket No. 59. A response shall be filed no later than September 26, 2017. Any reply shall be filed no later than September 29, 2017.

IT IS SO ORDERED.

DATED: September 19, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge