# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BROOK M. HURD, et al., | )<br>) |
| Plaintiffs, | )   Case No. 2:16-cv-02011-GMN-NJK |
| vs. | )<br>)   ORDER |
| CLARK COUNTY SCHOOL DISTRICT, et al., | )<br>)   (Docket No. 59) |
| Defendants. | )<br>) |

Pending before the Court is Defendant Clark County School District's motion to excuse the personal attendance of Defendants Shawn Paquette and Kristy Keller at the November 3, 2017 settlement conference before the Court. Docket No. 59. The Court ordered responses to be filed no later than September 26, 2017. Docket No. 61. To date, no response has been filed. *See* Docket. Accordingly, the motion may be granted as unopposed. *See* Local Rule 7-2(d).

Additionally, the Court has reviewed the motion and finds good cause for granting it. Because the motion is unopposed and for good cause shown, Defendant's motion to excuse the personal attendance of Defendants Paquette and Keller at the settlement conference, Docket No. 59, is hereby **GRANTED**.

IT IS SO ORDERED.

DATED: October 2, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge