UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| BROOK M. HURD, et al., | Case No. 2:16-cv-02011-GMN-PAL |
| --- | --- |
| Plaintiffs, | ORDER |
| v. | |
| CLARK COUNTY SCHOOL DISTRICT, et al., | |
| Defendants. | |

Before the court is the Emergency Motion for Protective Order from the 30(b)(6) Deposition of Clark County School District Pursuant to LR II 7-4 and LR II 26-7 (ECF No. 75). The motion is being filed on an emergency basis as discovery closes January 2, 2018. Although the discovery cutoff is January 2, 2018, the parties have agreed to postpone the deposition scheduled for December 21, 2017 until after a ruling on the merits of the motion. Also before the court is Plaintiffs' Motion for Leave to Take Additional Depositions (ECF No 71), and the parties' Second Stipulation to Modify Scheduling Order (ECF No 78).

**IT IS ORDERED** that a hearing is set for **9:30 a.m., January 23, 2018**, on the following motions:

   a. Motion Requesting Modification of Scheduling Order (ECF No. 69);
   b. Motion for Leave to Take Additional Depositions (ECF No. 71);
   c. Emergency Motion for Protective Order (ECF No 75); and
   d. Second Stipulation to Modify Scheduling Order (ECF No 78).

DATED this 22nd day of December, 2017.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1