| | |
|---|---|
| MARIANNE C. LANUTI, SBN 007784<br>**Law Offices of Marianne C. Lanuti**<br>194 Inveraray Court<br>Henderson, NV 89074<br>Tel: 702.501-1147<br>Fax: 702.270-2346<br>Nvkidslaw@gmail.com<br><br>TODD BOLEY, CA Bar No. 68119<br>**Law Offices of Todd Boley**<br>2831 Mariner Square Dr., Ste 280<br>Alameda, CA 94501<br>Tel: (510) 836-4500<br>Fax: (510) 649-5170<br>(admitted *Pro Hac Vice*)<br><br>PETER W. ALFERT, CA Bar No. 83139<br>**LAW OFFICE OF PETER ALFERT, P.C.**<br>200 Pringle Ave., Suite 450<br>Walnut Creek, California 94596<br>Tel: (925) 279-3009<br>Fax: (925) 279-3342<br>(admitted *Pro Hac Vice*)<br><br>*Attorneys for Plaintiffs* | MARK E. FERRARIO, SBN 1625<br>KARA B. HENDRICKS, SBN 7743<br>WHITNEY L. WELCH, SBN 12129<br>**GREENBERG TRAURIG, LLP**<br>3773 Howard Hughes Parkway, Suite 400 North<br>Las Vegas, Nevada 89169<br>Tel: (702) 792-3773<br>Fax: (702) 792-9002<br>ferrariom@gtlaw.com<br>hendricksk@gtlaw.com<br>welchw@gtlaw.com<br><br>*Attorneys for Defendants Clark County School District,*<br>*Shawn Paquette and Kristy Keller*<br><br>TREVOR J. HATFIELD, SBN 7373<br>**HATFIELD & ASSOCIATES, LTD**<br>703 S. 8th Street<br>Las Vegas, NV 89101<br>Tel: (702) 388-4469<br>Fax: (702) 386-9825<br>THatfield@HatfieldLawAssociates.com<br><br>*Attorneys for Defendant James P. Doran* |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BROOK M. HURD, GERALDINE C. HURD, AND M.H., A MINOR, BY AND THROUGH HER GUARDIAN AD LITEM, BROOK M. HURD; LUIS O. VILLALOBOS; OLIVIA N. ESPINOZA; AND L.M.V., A MINOR, BY AND THROUGH HIS GUARDIAN AD LITEM OLIVIA N. ESPINOZA;<br><br>          Plaintiffs,<br>   v.<br>CLARK COUNTY SCHOOL DISTRICT, JAMES P. DORAN, SHAWN PAQUETTE, AND KRISTY KELLER<br><br>          Defendants. | Case No. 2:16-cv-02011-GMN-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY THE SCHEDULING ORDER**<br><br>**[THIRD REQUEST]** |

IT IS HEREBY STIPULATED by and between the parties to the above-entitled action that:

### STIPULATION FOR EXTENSION OF THE EXPERT DISCOVERY DEADLINES AS DESCRIBED BELOW:

**Written Discovery**:

This stipulation does not extend any deadlines as to written discovery.

**30(b)(6) Witness Deposition Discovery:**

This stipulation requests a brief extension of the current deadline to complete 30(b)(6) witness depositions <u>only</u>, until <u>March 19, 2018</u>.

**Expert Discovery:**

This stipulation requests an extension of the current deadline to complete expert discovery, until <u>April 30, 2018</u>.

### EXPLANATION:

**30(b)(6) Depositions:**

On January 30, 2018 this Court issued an order granting Plaintiff's request to take additional lay depositions, denying in part and granting in part Defendants' motion for a protective order to limiting the 30(b)(6) depositions previously noticed by Plaintiffs, and extending the deadline to complete lay witness depositions until March 1, 2018. The parties have diligently worked to complete the depositions within the allotted time.  All lay witness depositions have been completed by the current deadline.  However, the Defendants were unable to schedule the depositions of all the 30(b)(6) witnesses within the allotted time due to unavoidable conflicts.  The parties agree that failure to schedule the depositions of these witnesses prior to cut-off was not due to a lack of diligence by any party.

///

///

///

///

///

**Expert Discovery:**

Plaintiffs' disclosed experts with reports on December 15, 2017. Defendants' each disclosed rebuttal experts, with reports, on January 22, 2018. The parties have completed extensive additional depositions subsequent to the initial expert designation deadline. Specifically, **nineteen** depositions were taken by the parties in the time between the expert report deadline for initial reports and the current date and an additional seven 30(b)(6) deposition categories are scheduled. Plaintiffs assert that the testimony taken at these depositions is relevant to the opinions expressed by the experts in their expert reports. As such, Plaintiffs intend to supplement the expert reports to reflect the additional testimony and any additional opinions (if any) the expert may have formed after reviewing the testimony. Defendants reserve the right to file supplemental reports after receipt of Plaintiffs' supplements if deemed necessary.

The parties request that the Court allow a brief extension of the expert discovery deadline which will provide Plaintiffs' experts the opportunity to review the completed deposition transcripts of the depositions taken subsequent to the drafting of the initial reports and, if necessary, to prepare supplement reports reflecting this new information. This extension will also provide Defendants' rebuttal experts an opportunity to review the supplemental reports and in turn supplement their own reports if necessary. Finally, the extension will facilitate the orderly and economical taking of expert depositions. The parties have agreed to hold off on taking any expert depositions until after the supplemental reports are produced in order to avoid the unnecessary expense of potentially needing to depose the same experts on multiple occasions.

Current Deposition Schedule Status is as follows:

| Date | Description |
|---|---|
| 2/26/18 | Deposition of Kristy Keller was completed |
| 2/27/18 | 30(b)(6) deposition of Cathy Scott, re 16 30(b)(6) categories completed |
| 2/27/18 | Deposition of Amy Dinkleman was completed |
| 2/28/18 | Continued deposition of Michael Hollis was completed |
| 2/28/18 | 30(b)(6) deposition of Meg Nigro, re 4 categories completed |
| 3/01/18 | 30(b)(6) deposition of John Schleifer, re 1 category (deposition designated in |

|   |   |
|---|---|
| | lieu of deposition) |
| 3/01/18 | 30(b)(6) deposition of Shawn Paquette, re 7 categories (deposition designated in lieu of deposition for 2 additional categories) |
| 3/01/18 | 30(b)(6) deposition of Cesar Zuluaga re 1 category (rescheduled at Plaintiffs' request) |
| 3/09/18 | 30(b)(6) deposition of Okazaki, re 4 categories |
| TBD | 30(b)(6) deposition Designee re Category 32 |
| TBD | 30(b)(6) deposition of Designee re Category 53 |

### PROPOSED NEW DEADLINES

Based on the foregoing, the parties request a modification of the discovery deadlines as to lay depositions only as follows:

1. <u>Current Deadlines</u>:

| | |
|---|---|
| **L/D to Complete Fact Witness Depositions:** | **March 1, 2018** |
| **Expert Discovery cut-off date:** | **March 31, 2018** |
| **Dispositive motion deadline:** | **April 13, 2018** |
| **Proposed joint pretrial order** | **May 14, 2018 or 30 days after the Court rules on any dispositive motions**. |

2. <u>Proposed Deadlines</u>:

| | |
|---|---|
| **L/D to Complete 30(b)(6) Witness Depositions:** | **March 19, 2018** |
| **Supplemental Expert Reports (for Plaintiffs designated experts):** | **April 13, 2018** |
| **Supplemental Rebuttal Expert Report (for Defendants' designated Rebuttal Reports):** | **April 27, 2018** |
| **Completion of Expert Depositions:** | **May 25, 2018** |
| **Dispositive motion deadline:** | **June 22, 2018** |
| **Proposed joint pretrial order:** | **The later of July 27, 2018 or 30 days after the Court rules on any dispositive motions.** |

| | |
|---|---|
| Date: March 2, 2018 | LAW OFFICES OF PETER W. ALFERT |
| | By: *s/ Ian A. Hansen* |
| | PETER W. ALFERT |
| | IAN A. HANSEN |
| | Attorneys for Plaintiff |
| Date: March 2, 2018 | LAW OFFICES OF MARIANNE C. LANUTI |
| | By: *s/ Marianne C. Lanuti* |
| | MARIANNE C. LANUTI |
| | Attorneys for Plaintiff |
| Date: March 2, 2018 | GREENBERG TRAURIG |
| | By: *s/ Kara B. Hendricks* |
| | KARA B. HENDRICKS |
| | Attorneys for Defendants Clark County School District, Shawn Paquette, and Kristy Keller |
| Date: March 2, 2018 | HATFIELD & ASSOCIATES |
| | By: *s/ Trevor J. Hatfield* |
| | TREVOR J. HATFIELD |
| | Attorneys for James P. DORAN |
| Date: March 2, 2018 | HALL, JAFFE & CLAYTON LLP |
| | By: *s/ Michelle R. Schwarz* |
| | STEVEN T. JAFFE |
| | MICHELLE R. SCHWARZ |
| | Attorneys for Defendants Clark County School District, Shawn Paquette, and Kristy Keller |

*///*

*///*

*///*

*///*

*///*

*///*

# [PROPOSED] ORDER

**IT IS HEREBY ORDERED** that the Court's scheduling order is modified as follows:

| | |
|---|---|
| **L/D to Complete 30(b)(6) Witness Depositions:** | **March 19, 2018** |
| **Supplemental Expert Reports (for Plaintiffs designated experts):** | **April 13, 2018** |
| **Supplemental Rebuttal Expert Report (for Defendants' designated Rebuttal Reports):** | **April 27, 2018** |
| **Completion of Expert Depositions:** | **May 25, 2018** |
| **Dispositive motion deadline:** | **June 22, 2018** |
| **Proposed joint pretrial order:** | **The later of July 27, 2018 or 30 days after the Court rules on any dispositive motions.** |

Dated: March 7 , 2018

_____
**UNITED STATES MAGISTRATE JUDGE**