MARIANNE C. LANUTI, SBN 007784
**Law Offices of Marianne C. Lanuti**
194 Inveraray Court
Henderson, NV 89074
Tel: 702.501-1147
Fax: 702.270-2346
Nvkidslaw@gmail.com

TODD BOLEY, CA Bar No. 68119
**Law Offices of Todd Boley**
2831 Mariner Square Dr., Ste 280
Alameda, CA 94501
Tel: (510) 836-4500
Fax: (510) 649-5170
(admitted *Pro Hac Vice*)

PETER W. ALFERT, CA Bar No. 83139
**Law Offices Of Peter Alfert, P.C.**
200 Pringle Ave., Suite 450
Walnut Creek, California 94596
Tel: (925) 279-3009
Fax:  (925) 279-3342
(admitted *Pro Hac Vice*)

*Attorneys for* PLAINTIFFS

MARK E. FERRARIO, SBN 1625
KARA B. HENDRICKS, SBN 7743
WHITNEY L. WELCH, SBN 12129
**Greenberg Traurig, LLP**
3773 Howard Hughes Parkway, Ste 400 North
Las Vegas, Nevada 89169
Tel: (702) 792-3773
Fax: (702) 792-9002
ferrariom@gtlaw.com
hendricksk@gtlaw.com
welchw@gtlaw.com

*Attorneys for Defendants* CLARK COUNTY
SCHOOL DISTRICT,
SHAWN PAQUETTE AND KRISTY
KELLER

TREVOR J. HATFIELD, SBN 7373
**Hatfield & Associates, LTD**
703 S. 8th Street
Las Vegas, NV 89101
Tel: (702) 388-4469
Fax: (702) 386-9825
THatfield@HatfieldLawAssociates.com

*Attorneys for Defendant* JAMES P. DORAN

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BROOK M. HURD, GERALDINE C. HURD, AND M.H., A MINOR, BY AND THROUGH HER GUARDIAN AD LITEM, BROOK M. HURD;  LUIS O. VILLALOBOS; OLIVIA N. ESPINOZA; AND L.M.V., A MINOR, BY AND THROUGH HIS GUARDIAN AD LITEM OLIVIA N. ESPINOZA; <br><br> Plaintiffs, <br><br> v. <br><br> CLARK COUNTY SCHOOL DISTRICT, JAMES P. DORAN, SHAWN PAQUETTE, AND KRISTY KELLER <br><br> Defendants. | Case No. 2:16-cv-02011-GMN-NJK <br><br> **STIPULATION AND [PROPOSED] ORDER TO MODIFY THE SCHEDULING ORDER** <br><br> **[THIRD REQUEST]** |

WHEREAS, on March 2, 2018 the parties filed a Joint Stipulation and Proposed Order to Modify the Scheduling Order (ECF Doc. 109) and the Order was signed by this Court on March 7, 2018 (ECF Doc. 110); and

WHEREAS, the Order extended the deadline for the Supplemental Reports of Plaintiffs' Experts to April 13, 2018; and

WHEREAS, the Order continued the deadline for the Supplemental Rebuttal Reports of Defendants' Experts to April 27, 2018; and

WHEREAS, the Order continued the deadline by which Expert Depositions must be completed to May 25, 2018; and

WHEREAS, the Order continued the deadline by which Dispositive Motions must be filed to June 22, 2018; and

WHEREAS, the parties just concluded the depositions of Defendant CCSD's 30(b)(6) witnesses on March 19, 2018; and

WHEREAS, the experts for the parties have received the transcripts from twenty-eight (28) depositions since their original reports were prepared and require additional time to review and consider the testimony and prepare supplemental reports; and

WHEREAS, counsel for plaintiffs Marianne Lannuti has a prepaid vacation and is scheduled to be out of the country from April 8, 2018 through April 25, 2018; and

WHEREAS, counsel for plaintiffs Peter Alfert has a prepaid vacation and is scheduled to be out of the country from May 1, 2018 to May 19, 2018;

IT IS HEREBY STIPULATED by and between the parties to the above-entitled action that the deadlines are briefly extended as follows:

1. The deadline for **Supplemental Reports of Plaintiffs' Experts** shall be <u>extended by two (2) weeks</u> to **April 27, 2018**;

2. The deadline for **Supplemental Rebuttal Reports of Defendants' Experts** <u>shall be extended by two (2) weeks</u> to **May 11, 2018**;

3. The deadline to complete **Expert Depositions** <u>shall be extended by two (2) weeks</u> to **June 8, 2018**;

4.  The deadline for Dispositive Motion <u>shall be extended by four (4) weeks</u> to **July 20, 2018**;

Date: March 27, 2018                    LAW OFFICES OF PETER W. ALFERT


                                        By: *s/ Peter W. Alfert*
                                        _____
                                        PETER W. ALFERT
                                        IAN A. HANSEN
                                        Attorneys for Plaintiff

Date: March 27, 2018                    LAW OFFICES OF MARIANNE C. LANUTI


                                        By: *s/ Marianne C. Lanuti*
                                        _____
                                        MARIANNE C. LANUTI
                                        Attorneys for Plaintiff

Date: March 27, 2018                    GREENBERG TRAURIG


                                        By: *s/ Kara B. Hendricks*
                                        _____
                                        KARA B. HENDRICKS
                                        Attorneys for Defendants Clark County School
                                        District, Shawn Paquette, and Kristy Keller

Date: March 27, 2018                    HATFIELD & ASSOCIATES


                                        By: *s/ Trevor J. Hatfield*
                                        _____
                                        TREVOR J. HATFIELD
                                        Attorneys for James P. DORAN

Date: March 27, 2018                    HALL, JAFFE & CLAYTON LLP


                                        By: *s/ Michelle R. Schwarz*
                                        _____
                                        STEVEN T. JAFFE
                                        MICHELLE R. SCHWARZ
                                        Attorneys for Defendants Clark County School
                                        District, Shawn Paquette, and Kristy Keller

**[PROPOSED] ORDER**

Pursuant to the Stipulation of the Parties, and good cause appearing, the following deadlines are briefly extended as follows:

1. The deadline for **Supplemental Reports of Plaintiffs' Experts** shall be <u>extended by two (2) weeks</u> to **April 27, 2018**;

2. The deadline for **Supplemental Rebuttal Reports of Defendants' Experts** <u>shall be extended by two (2) weeks</u> to **May 11, 2018**;

3. The deadline to complete **Expert Depositions** <u>shall be extended by two (2) weeks</u> to **June 8, 2018**;

4. The deadline for Dispositive Motion <u>shall be extended by four (4) weeks</u> to **July 20, 2018**;

**IT IS HEREBY ORDERED**

Dated: _____ April 2 _____, 2018

**UNITED STATES MAGISTRATE JUDGE**