MARIANNE C. LANUTI, SBN 007784
**Law Offices of Marianne C. Lanuti**
194 Inveraray Court
Henderson, NV 89074
Tel: 702.501-1147
Fax: 702.270-2346
Nvkidslaw@gmail.com

TODD BOLEY, CA Bar No. 68119
**Law Offices of Todd Boley**
2831 Mariner Square Dr., Ste 280
Alameda, CA 94501
Telephone: (510) 836-4500
Facsimile: (510) 649-5170
(admitted *Pro Hac Vice*)

PETER W. ALFERT, CA Bar No. 83139
IAN A. HANSEN, CA Bar. No. 255449
**LAW OFFICES OF PETER ALFERT, PC**
909 Marina Village Parkway, #199
Alameda, CA 94501
Telephone: (925) 279-3009
Facsimile: (925) 279-3342
(admitted *Pro Hac Vice*)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BROOK M. HURD, et al.<br><br>Plaintiffs,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, et al.<br><br>Defendants. | Case No. 2:16-cv-02011-GMN-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL *ONLY AS TO INDIVIDUAL DEFENDANT KRISTY KELLER*** |

It is hereby stipulated by plaintiffs BROOK M. HURD, GERALDINE C. HURD, and

M.H., a minor, by and through her guardian ad litem, BROOK M. HURD; LUIS O.

VILLALOBOS; OLIVIA N. ESPINOZA; L.M.V., a minor, by and through his guardian ad litem

OLIVIA N. ESPINOZA;   ZEKROLLAH SANAEI, ELHAM EGHDAMIAN; and S.S., a minor, by and through his guardian ad litem, ZEKROLLAH SANAEI (hereinafter "Plaintiffs"), and defendants CLARK COUNTY SCHOOL IDSTRICT, JAMES P. DORAN, SHAWN PAQUETTE, and KRISTY KELLER (hereinafter "Defendants"), by and through their respective counsel of record, that the complaint brought by Plaintiffs *as against individual Defendant Kristy Keller only* should be dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii).  The parties further stipulate that each party to this stipulation of dismissal bear their own attorneys' fees, expenses and costs relating to the prosecution and defense of this case *relating to defendant Kristy Keller only.*

IT IS SO STIPULATED:

Date: May 11, 2018                                    LAW OFFICES OF PETER W. ALFERT

                                                      By:   */s/ Peter W. Alfert*
                                                            PETER W. ALFERT
                                                            IAN A. HANSEN
                                                            Attorneys for Plaintiff

Date: May 11, 2018                                    LAW OFFICES OF MARIANNE C. LANUTI

                                                      By:   */s/ Marianne C. Lanuti*
                                                            MARIANNE C. LANUTI
                                                            Attorneys for Plaintiff

Date: May 11, 2018                                    GREENBERG TRAURIG

                                                      By:   */s/ Kara B. Hendricks*
                                                            KARA B. HENDRICKS
                                                            Attorneys for Defendants Clark County School
                                                            District, Shawn Paquette, and Kristy Keller

Date: May 11, 2018                                    HATFIELD & ASSOCIATES

                                                      By:   */s/ Trevor J. Hatfield*
                                                            TREVOR J. HATFIELD
                                                            Attorneys for James P. DORAN

Date: May 11, 2018                                     HALL, JAFFE & CLAYTON LLP

By: _/s/ Michelle R. Schwarz_
STEVEN T. JAFFE
MICHELLE R. SCHWARZ
Attorneys for Defendants Clark County School District, Shawn Paquette, and Kristy Keller

## ORDER

Pursuant to the Stipulation of the Parties, and good cause appearing, the complaint brought by Plaintiffs *only as against Defendant Kristy Keller* should be dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii). The parties shall bear their own attorneys' fees, expenses and costs relating to the prosecution and defense of this case *relating to defendant Kristy Keller only*.

**IT IS HEREBY ORDERED**

Dated this  22  day of May, 2018.         _____
                                          **Gloria M. Navarro, Chief Judge**
                                          **UNITED STATES DISTRICT COURT**

By: */s/ Ian A. Hansen*
IAN A. HANSEN