MARK E. FERRARIO, ESQ.
Nevada Bar No. 1625
KARA B. HENDRICKS, ESQ.
Nevada Bar No. 7743
WHITNEY L. WELCH-KIRMSE, ESQ.
Nevada Bar No. 12129
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 N
Las Vegas, NV 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: ferrariom@gtlaw.com
        hendricksk@gtlaw.com
        welchkirmsew@gtlaw.com

*Attorneys for Defendants*
*Clark County School District and Shawn Paquette*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BROOK M. HURD, GERALDINE C. HURD, and M.H., a minor, by and through her guardian ad litem, BROOK M. HURD; LUIS O. VILLALOBOS; OLIVIA N. ESPINOZA; L.M.V., a minor, by and through his guardian ad litem, OLIVIA N. ESPINOZA; ZEKROLLAH SANAEI, ELHAM EGHDAMIAN; and S.S., a minor, by and through his guardian ad litem, ZEKROLLAH SANAEI,<br><br>        Plaintiffs,<br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT; JAMES P. DORAN; and SHAWN PAQUETTE,<br><br>        Defendants. | Case No. 2:16-cv-02011-GMN-PAL<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR CLARK COUNTY SCHOOL DISTRICT TO FILE A RESPONSE TO PLAINTIFFS' MOTION TO COMPEL DEPOSITION OF CLARK COUNTY SCHOOL DISTRICT 30(b)(6) RE PLAINTIFFS' CATEGORY NO. 53**<br><br>**[FIRST REQUEST]** |

    Plaintiffs, by and through their undersigned counsel of record, and Defendant, Clark County School District ("CCSD") (collectively, the "Parties"), by and through its undersigned counsel of record, hereby stipulate and agree as follows:

    1.     On May 8, 2018, Plaintiffs filed their Motion to Compel Deposition of CCSD's 30(b)(6) re Plaintiffs' Category No. 53 ("Motion to Compel") [ECF No. 117].

1

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

2. CCSD's deadline to file a response to Plaintiffs' Motion to Compel is May 22, 2018.

3. Due to the expert deposition schedule occurring simultaneously, Plaintiffs and CCSD have stipulated to allow CCSD additional time to file its response to Plaintiffs' Motion to Compel up to and including May 25, 2018. This is the first request for an extension of time of CCSD's May 22, 2018 deadline.

THEREFORE, the Parties respectfully request an extension for CCSD to file its response to Plaintiffs' Motion to Compel up to and including **May 25, 2018**. Accordingly, Plaintiffs' Reply brief is now due on or before **June 1, 2018**. The Parties further stipulate that if Plaintiffs require additional time to file their Reply brief, they may have a reciprocal three day extension to June 4, 2018.

DATED this 21st day of May, 2018.

GREENBERG TRAURIG, LLP

*/s/ Whitney L. Welch-Kirmse*
MARK E. FERRARIO, ESQ.
Nevada Bar No. 1625
KARA B. HENDRICKS, ESQ.
Nevada Bar No. 7743
WHITNEY L. WELCH-KIRMSE, ESQ.
Nevada Bar No. 12129
3773 Howard Hughes Parkway, Suite 400 N
Las Vegas, NV 89169

*Attorneys for Defendants Clark County School District and Shawn Paquette*

DATED this 21st day of May, 2018.

LAW OFFICES OF PETER ALFERT, PC

*/s/ Ian A. Hansen*
PETER W. ALFERT, ESQ.
*Admitted Pro Hac Vice*
IAN A. HANSEN, ESQ.
*Admitted Pro Hac Vice*
909 Marina Village Parkway, #199
Alameda, CA 94501

MARIANNE C. LANUTI, ESQ.
Nevada Bar No. 7784
LAW OFFICES OF MARIANNE C. LANUTI
194 Inveraray Court
Henderson, NV 89074

TODD BOLEY, ESQ.
*Admitted Pro Hac Vice*
LAW OFFICES OF TODD BOLEY
2831 Mariner Square Drive, Suite 280
Alameda, CA 94501

*Attorneys for Plaintiffs*

**IT IS SO ORDERED:**

**UNITED STATES DISTRICT JUDGE /
UNITED STATES MAGISTRATE JUDGE**

**DATED:** May 29, 2018

2