1  MARK E. FERRARIO, ESQ.
   Nevada Bar No. 1625
2  KARA B. HENDRICKS, ESQ.
   Nevada Bar No. 7743
3  WHITNEY L. WELCH-KIRMSE, ESQ.
   Nevada Bar No. 12129
4  GREENBERG TRAURIG, LLP
5  3773 Howard Hughes Parkway, Suite 400 N
   Las Vegas, NV 89169
6  Telephone: (702) 792-3773
   Facsimile: (702) 792-9002
7  Email: ferrariom@gtlaw.com
8         hendricksk@gtlaw.com
          welchkirmsew@gtlaw.com
9
10 *Attorneys for Defendants*
   *Clark County School District and Shawn Paquette*

11

12

13                 **UNITED STATES DISTRICT COURT**

14                       **DISTRICT OF NEVADA**

15  BROOK M. HURD, GERALDINE C. HURD,        Case No. 2:16-cv-02011-GMN-PAL
    and M.H., a minor, by and through her guardian
16  ad litem, BROOK M. HURD; LUIS O.
    VILLALOBOS; OLIVIA N. ESPINOZA;
17  L.M.V., a minor, by and through his guardian ad   **STIPULATION AND ORDER THAT**
    litem, OLIVIA N. ESPINOZA; ZEKROLLAH    **EXHIBITS 3-4 ATTACHED TO THE**
18  SANAEI, ELHAM EGHDAMIAN; and S.S., a    **DECLARATION OF PETER ALFERT IN**
    minor, by and through his guardian ad litem,      **PLAINTIFFS' REPLY BRIEF (ECF NOS.**
19  ZEKROLLAH SANAEI,                        **125-4 & 125-5) BE PROVISIONALLY**
                                             **SEALED PENDING RESOLUTION OF**
20                    Plaintiffs,            **DEFENDANTS' MOTION TO**
                                             **DETERMINE WHETHER THE**
21  vs.                                      **DOCUMENTS SHOULD BE SUBJECT**
                                             **TO THE TERMS OF THE**
22                                           **CONFIDENTIALITY AGREEMENT**
    CLARK COUNTY SCHOOL DISTRICT;
23  JAMES P. DORAN; and SHAWN PAQUETTE,

24                    Defendants.

25

26         Plaintiffs, by and through their undersigned counsel of record, and Defendant, Clark County

27  School District ("CCSD") (collectively, the "Parties"), by and through its undersigned counsel of

28  record, hereby stipulate and agree as follows:

                                          1

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

1    WHEREAS on June 1, 2018, Plaintiffs filed their Reply Brief in Support of Motion to Compel

2 Deposition of Defendant Clark County School District 30(b)(6) Re Plaintiffs' Category No. 53

3 ("Reply") [ECF No. 125];

4    WHEREAS attached to the Reply was the Declaration of Peter Alfert ("Declaration"), which

5 attached documents that CCSD marked as "confidential," including a summary of alleged incidents,

6 investigations, and actions (attached to the Declaration as Exhibit 3) [ECF No. 125-4] and incident logs

7 from CCSD's EMR department (attached to the Declaration as Exhibit 4) [ECF No. 125-5];

8    WHEREAS on June 13, 2018 the Court served the following minute order: "The Court will

9 require the parties to confer and require Plaintiffs' Counsel to provide a redacted version of the

10 Affidavit at issue that omits any information that would otherwise be protected by the Federal

11 Employment Education Act, with the unredacted version to be filed under seal. The Court directs the

12 parties to draft and file a Proposed Stipulation and Order" [ECF No. 126];

13    WHEREAS the Parties have conferred and agree the documents in question are not protected

14 by the Federal Employment Education Act as such an act does not exist;

15    WHEREAS CCSD believes there are additional grounds for the documents to be designated

16 confidential in their entirety and Plaintiffs disagree with the same;

17    WHEREAS on or before July 11, 2018, CCSD will file a motion pursuant to the Stipulated

18 Confidentiality Agreement and Protective Order ("Confidentiality Agreement") [ECF No. 35],

19 requesting the Court to determine if the information should be subject to the terms of the Confidentiality

20 Agreement;

21 //

22 //

23 //

24 //

25 //

26 //

27 //

28 //

LV 421168352v2

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

1    THEREFORE, the Parties respectfully request that the Court provisionally seal ECF No. 125-

2    4 and ECF No. 125-5 until the process set forth in the Confidentiality Agreement to resolve a dispute

3    regarding confidential documents runs its course.

4    DATED this 3rd day of July, 2018.                    DATED this 3rd day of July, 2018.

5    GREENBERG TRAURIG, LLP                               LAW OFFICES OF PETER ALFERT, PC

6    */s/ Kara B. Hendricks*                              */s/ Ian A. Hansen*
7    MARK E. FERRARIO, ESQ.                               PETER W. ALFERT, ESQ.
     Nevada Bar No. 1625                                  *Admitted Pro Hac Vice*
8    KARA B. HENDRICKS, ESQ.                              IAN A. HANSEN, ESQ.
     Nevada Bar No. 7743                                  *Admitted Pro Hac Vice*
9    WHITNEY L. WELCH-KIRMSE, ESQ.                        909 Marina Village Parkway, #199
     Nevada Bar No. 12129                                 Alameda, CA 94501
10   3773 Howard Hughes Parkway, Suite 400 N
11   Las Vegas, NV 89169                                  MARIANNE C. LANUTI, ESQ.
                                                          Nevada Bar No. 7784
12   *Attorneys for Defendants*                           LAW OFFICES OF MARIANNE C. LANUTI
     *Clark County School District and*                  194 Inveraray Court
13   *Shawn Paquette*                                     Henderson, NV 89074

14                                                        TODD BOLEY, ESQ.
                                                          *Admitted Pro Hac Vice*
15                                                        LAW OFFICES OF TODD BOLEY
                                                          2831 Mariner Square Drive, Suite 280
16                                                        Alameda, CA 94501

17                                                        *Attorneys for Plaintiffs*

18

19

20                                                        **IT IS SO ORDERED:**

21

22                                                        **UNITED STATES DISTRICT JUDGE /**
                                                          **UNITED STATES MAGISTRATE JUDGE**
23
                                                          **DATED:**  July 6, 2018
24

25

26

27

28

                                                   3

*LV 421168352v2*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of July, 2018, a true and correct copy of the foregoing **STIPULATION AND ORDER THAT EXHIBITS 3-4 ATTACHED TO THE DECLARATION OF PETER ALFERT IN PLAINTIFFS' REPLY BRIEF (ECF NOS. 125-4 & 125-5) BE PROVISIONALLY SEALED PENDING RESOLUTION OF DEFENDANTS' MOTION TO DETERMINE WHETHER THE DOCUMENTS SHOULD BE SUBJECT TO THE TERMS OF THE CONFIDENTIALITY AGREEMENT** was filed electronically via the Court's CM/ECF system.  Notice of filing will be served on all parties by operation of the Court's CM/ECF system, and parties may access this filing through the Court's CM/ECF system.

*/s/ Shayna Noyce*
An employee of Greenberg Traurig, LLP

4

LV 421168352v2