MARK E. FERRARIO, ESQ.
Nevada Bar No. 1625
KARA B. HENDRICKS, ESQ.
Nevada Bar No. 7743
WHITNEY L. WELCH-KIRMSE, ESQ.
Nevada Bar No. 12129
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 N
Las Vegas, NV 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: ferrariom@gtlaw.com
       hendricksk@gtlaw.com
       welchkirmsew@gtlaw.com

*Attorneys for Defendants*
*Clark County School District and Shawn Paquette*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BROOK M. HURD, GERALDINE C. HURD, and M.H., a minor, by and through her guardian ad litem, BROOK M. HURD; LUIS O. VILLALOBOS; OLIVIA N. ESPINOZA; L.M.V., a minor, by and through his guardian ad litem, OLIVIA N. ESPINOZA; ZEKROLLAH SANAEI, ELHAM EGHDAMIAN; and S.S., a minor, by and through his guardian ad litem, ZEKROLLAH SANAEI,<br><br>       Plaintiffs,<br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT; JAMES P. DORAN; and SHAWN PAQUETTE,<br><br>       Defendants. | Case No. 2:16-cv-02011-GMN-PAL<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS CCSD AND PAQUETTE TO FILE A REPLY IN SUPPORT OF THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**[FIRST REQUEST]** |

Plaintiffs, by and through their undersigned counsel of record, and Defendants, Clark County School District ("CCSD") and Shawn Paquette ("Paquette") (collectively, the "Parties"), by and through their undersigned counsel of record, hereby stipulate and agree as follows:

1. On July 20, 2018, Defendants CCSD and Paquette filed their Motion for Partial Summary Judgment ("Motion") [ECF No. 137].

2. CCSD and Paquette's deadline to file a reply in support of their Motion is August 24, 2018.

3. Plaintiffs and CCSD/Paquette have stipulated to allow CCSD/Paquette additional time to file their reply in support of their Motion up to and including August 31, 2018. Counsel for CCSD/Paquette requested additional time due to the disruption accompanying the current relocation of Greenberg Traurig's office to another location. This is the first request for an extension of time of CCSD/Paquette's August 24, 2018 deadline.

THEREFORE, the Parties respectfully request an extension for CCSD/Paquette to file their reply in support of their Motion up to and including **August 31, 2018**.

DATED this 20th day of August, 2018.

GREENBERG TRAURIG, LLP

/s/   Whitney L. Welch-Kirmse
MARK E. FERRARIO, ESQ.
Nevada Bar No. 1625
KARA B. HENDRICKS, ESQ.
Nevada Bar No. 7743
WHITNEY L. WELCH-KIRMSE, ESQ.
Nevada Bar No. 12129
3773 Howard Hughes Parkway, Suite 400 N
Las Vegas, NV 89169

*Attorneys for Defendants Clark County School District and Shawn Paquette*

DATED this 20th day of August, 2018.

LAW OFFICES OF PETER ALFERT, PC

/s/   Peter W. Alfert
PETER W. ALFERT, ESQ.
*Admitted Pro Hac Vice*
IAN A. HANSEN, ESQ.
*Admitted Pro Hac Vice*
909 Marina Village Parkway, #199
Alameda, CA 94501

MARIANNE C. LANUTI, ESQ.
Nevada Bar No. 7784
LAW OFFICES OF MARIANNE C. LANUTI
194 Inveraray Court
Henderson, NV 89074

TODD BOLEY, ESQ.
*Admitted Pro Hac Vice*
LAW OFFICES OF TODD BOLEY
2831 Mariner Square Drive, Suite 280
Alameda, CA 94501

*Attorneys for Plaintiffs*

**IT IS SO ORDERED:**

Dated this 21 day of August, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

2

LV 421191040v1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of August, 2018, a true and correct copy of the foregoing **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS CCSD AND PAQUETTE TO FILE A REPLY IN SUPPORT OF THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT [FIRST REQUEST]** was filed electronically via the Court's CM/ECF system. Notice of filing will be served on all parties by operation of the Court's CM/ECF system, and parties may access this filing through the Court's CM/ECF system.

                                              */s/ Andrea Flintz*
                                        An employee of Greenberg Traurig, LLP

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

LV 421191040v1