# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BROOK M. HURD, et al., | Case No. 2:16-cv-02011-GMN-PAL |
| Plaintiffs, | **MINUTES OF PROCEEDINGS** |
| v. | Dated: January 16, 2019 |
| CLARK COUNTY SCHOOL DISTRICT, et al., | |
| Defendants. | |

**PRESENT:** THE HONORABLE PEGGY A. LEEN, United States Magistrate Judge

**JUDICIAL ASSISTANT:** Teresa Hoskin     **RECORDER/TAPE #**: None

**COUNSEL FOR PLAINTIFF(S):** Peter Alfert

**COUNSEL FOR DEFENDANT CCSD:** Kara Hendricks, Shawn Paquette

**COUNSEL FOR DEFENDANT DORAN:** Trevor Hatfield

**PROCEEDING:** Settlement Conference – Telephonic status check

A telephonic status check regarding the settlement conference was conducted commencing at 3:00 p.m. A draft settlement agreement has been circulated and requests for revisions made. Counsel for plaintiffs will not agree to terms proposed by counsel for defendant Doran that were not discussed or agreed to at the settlement conference. The court reminded counsel that the essential terms of the agreement were memorialized in chambers at the conclusion of the settlement conference on November 8, 2018 and memorialized in writing in the court's Written Minutes (ECF No. 161), and that no party had objected that the Minutes did not accurately reflect the essential terms of the settlement reached.

The next scheduled meeting of the Board of Trustees is January 24, 2019 at which time the Board will decide whether or not to approve the settlement reached.

The telephonic status check concluded at 3:10 p.m.

**IT IS ORDERED;**

1. The parties shall have until **January 30, 2019** to file the stipulation to dismiss if all parties have executed the settlement agreement.

1

2. If Doran is unwilling to sign the agreement on terms memorialized in chambers and in the court's Minutes, counsel for plaintiffs shall have until **January 30, 2019** to file a Motion to Enforce the parties' settlement. agreement

                                                       _____
                                                       PEGGY A. LEEN
                                                       UNITED STATES MAGISTRATE JUDGE