PETER W. ALFERT, ESQ.
*Admitted Pro Hac Vice*
IAN A. HANSEN, ESQ.
*Admitted Pro Hac Vice*
909 Marina Village Parkway, #199
Alameda, CA 94501

MARIANNE C. LANUTI, ESQ.
Nevada Bar No. 7784
LAW OFFICES OF MARIANNE C. LANUTI
194 Inveraray Court
Henderson, NV 89074

TODD BOLEY, ESQ.
*Admitted Pro Hac Vice*
LAW OFFICES OF TODD BOLEY
2831 Mariner Square Drive, Suite 280
Alameda, CA 94501

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BROOK M. HURD, GERALDINE C. HURD, and M.H., a minor, by and through her guardian ad litem, BROOK M. HURD; LUIS O. VILLALOBOS; OLIVIA N. ESPINOZA; L.M.V., a minor, by and through his guardian ad litem, OLIVIA N. ESPINOZA; ZEKROLLAH SANAEI, ELHAM EGHDAMIAN; and S.S., a minor, by and through his guardian ad litem, ZEKROLLAH SANAEI,<br><br>Plaintiffs,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT; JAMES P. DORAN; and SHAWN PAQUETTE,<br><br>Defendants. | Case No. 2:16-cv-02011-GMN-PAL<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING SETTLEMENT RELATED DEADLINES**<br><br>**[FIRST REQUEST]** |

Plaintiffs, BROOK M. HURD, GERALDINE C. HURD, and M.H., a minor, by and through

her guardian ad litem, BROOK M. HURD; LUIS O. VILLALOBOS; OLIVIA N. ESPINOZA; L.M.V.,

a minor, by and through his guardian ad litem, OLIVIA N. ESPINOZA; ZEKROLLAH SANAEI,

1   ELHAM EGHDAMIAN; and S.S., a minor, by and through his guardian ad litem, ZEKROLLAH

2   SANAEI, and Defendant, Clark County School District ("CCSD") (collectively, the "Parties"), by and

3   through its undersigned counsel of record, hereby stipulate and agree as follows:

4          IT IS HEREBY STIPULATED by and between the parties to the above-entitled action as

5   follows:

6          1.      Subject to approval by the CCSD Board, the parties reached an agreement to settle

7   the above matter at a settlement conference on November 8, 2018.

8          2.      On November 14, 2018, the Court issued a Minute Order setting forth the terms of

9   that agreement.  The agreement provides that the plaintiffs shall file a petition for compromise of

10  the minors' claims within 30 days of the School Board's approval of the proposed settlement.  In

11  addition, Plaintiffs are to file an application for attorneys' fees and costs within 30 days of the

12  Board's approval if the settlement is approved.

13         3.      The parties held a status conference on January 16, 2019.  At that time, the parties

14  indicated that the CCSD Board would consider the settlement on January 24, 2019.

15         4.      The court's Minutes of Proceedings (Document 162) directs the parties to file a

16  stipulation to dismiss by January 30, 2019  if all parties have executed the settlement agreement.

17  It further directed the Plaintiffs to file a motion to enforce the settlement by January 30, 2019 if

18  Defendant Doran is unwilling to sign the agreement on terms memorialized in chambers.

19         5.      Due to unforeseen circumstances, the CCSD Board will consider the proposed

20  settlement during its meeting on February 14, 2019 instead of the January 24, 2019 meeting as

21  originally anticipated.  Counsel for Plaintiffs and CCSD have agreed on the terms of the

22  settlement agreement and on January 21, 2019, counsel for Plaintiffs sent CCSD copies of the

23  settlement agreement and release executed by all Plaintiffs and by plaintiffs' counsel.

24         6.      Attorneys for the Plaintiffs and Defendant Doran have now reached agreement on

25  the terms of the settlement agreement and no motion to enforce the agreement will be necessary.

26         7.      The case cannot be dismissed until the Court rules on Plaintiffs petitions to approve

27  the minors' compromises and application for attorney's fees and costs.  Therefore, the parties

28  request that the deadline to file a stipulation for dismissal be extended to 30 days after the approval

2

1   of either the petition for minors' compromises or the application for fees and costs, whichever is

2   later.

3        8.       In addition, the parties request that a status check be scheduled after February 14,

4   2019.

| | |
|---|---|
| DATED this 28th day of January, 2019. | DATED this 288th day of January , 2019. |
| GREENBERG TRAURIG, LLP | LAW OFFICES OF PETER ALFERT, PC |
| */s/ Kara B. Hendricks* | */s/ Peter W. Alfert* |
| MARK E. FERRARIO, ESQ. | PETER W. ALFERT, ESQ. |
| Nevada Bar No. 1625 | *Admitted Pro Hac Vice* |
| KARA B. HENDRICKS, ESQ. | IAN A. HANSEN, ESQ. |
| Nevada Bar No. 7743 | *Admitted Pro Hac Vice* |
| WHITNEY L. WELCH-KIRMSE, ESQ. | 909 Marina Village Parkway, #199 |
| Nevada Bar No. 12129 | Alameda, CA 94501 |
| 10845 Griffith Peak Dr., #600 | |
| Las Vegas, NV  89135 | MARIANNE C. LANUTI, ESQ. |
| | Nevada Bar No. 7784 |
| *Attorneys for Defendants Clark County School* | LAW OFFICES OF MARIANNE C. LANUTI |
| *District and Shawn Paquette* | 194 Inveraray Court |
| | Henderson, NV 89074 |
| | |
| | TODD BOLEY, ESQ. |
| | *Admitted Pro Hac Vice* |
| | LAW OFFICES OF TODD BOLEY |
| | 2831 Mariner Square Drive, Suite 280 |
| | Alameda, CA 94501 |
| | |
| | *Attorneys for Plaintiffs* |
| DATED this 28th day of January, 2019. | |
| HATFIELD & ASSOCIATES | |
| */s/     Trevor J. Hatfield* | |
| TREVOR J. HATFIELD, ESQ. | |
| Nevada Bar No. 7373 | |
| *Attorneys for Defendant James Doran* | |

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND ORDER FOR EXTENSION                     2:16-cv-02011-GMN-PAL
OF SETTLEMENT DEADLINES

## ORDER

The deadline for dismissal is extended to 30 days after the approval of either the petition for minors' compromises or the application for fees and costs, whichever is later.

A status check is scheduled for **1:45 p.m. February 19, 2019**, in Courtroom 3B.

**IT IS SO ORDERED:**

**Dated:** _January 29, 2019_

_____
**UNITED STATES MAGISTRATE JUDGE**

STIPULATION AND ORDER FOR EXTENSION
OF SETTLEMENT DEADLINES

2:16-cv-02011-GMN-PAL