UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BROOK M. HURD, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, et al.,<br><br>    Defendants. | Case No. 2:16-cv-02011-GMN-PAL<br><br>**ORDER**<br><br>(Mot. Maintain Confid. – ECF No. 133; Mots. to Seal – ECF No. 155, 136) |

This matter is before the court on Defendant Clark County School District's ("CCSD") Motion to Maintain Confidentiality Designations and Seal Documents Previously Filed (ECF No. 133) and Motions to Seal (ECF Nos. 135, 136). These Motions are referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(A) and LR IB 1-3 of the Local Rules of Practice. On February 19, 2019, the court held a status check in this case. Present was counsel for CCSD. Counsel for Plaintiffs did not appear at the status check.

The Motions seek leave to maintain or file under seal various exhibits. This is a civil rights action in which three non-verbal special needs children and their parents brought claims against CCSD alleging physical abuse by a teacher. A protective order was entered in this case governing documentation and testimony that is confidential, proprietary, or private information for which special protection from public disclosure is warranted. Mar. 1, 2017 Order (ECF No. 35) (granting Stipulated Confidentiality Agreement and Protective Order (ECF No. 33)).

The court has considered the Motions, Plaintiffs' Response (ECF No. 140), CCSD's Reply (ECF No. 141), and the representations of defense counsel at the status check. Having reviewed and considered the matter in accordance with the Ninth Circuit's directives set forth in *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006), the court finds that CCSD has met

its burden of establishing good cause for these documents to remain sealed.

**IT IS ORDERED:** CCSD's Motion to Maintain Confidentiality Designations and Seal Documents Previously Filed (ECF No. 133) and Motions to Seal (ECF Nos. 135, 136) are **GRANTED**.

Dated this 20th day of February, 2019.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE