| | |
|---|---|
| MARIANNE C. LANUTI, SBN 007784<br>**Law Offices of Marianne C. Lanuti**<br>194 Inveraray Court<br>Henderson, NV 89074<br>Tel: 702.501-1147<br>Fax: 702.270-2346<br>Nvkidslaw@gmail.com<br><br>TODD BOLEY, CA Bar No. 68119<br>**Law Offices of Todd Boley**<br>2831 Mariner Square Dr., Ste 280<br>Alameda, CA 94501<br>Tel: (510) 836-4500<br>Fax: (510) 649-5170<br>(admitted *Pro Hac Vice*)<br><br>PETER W. ALFERT, CA Bar No. 83139<br>**LAW OFFICE PETER ALFERT, P.C.**<br>909 Marina Village Pkwy., 199<br>Alameda, California 94501<br>Tel: (925) 279-3009<br>Fax: (925) 279-3342<br>(admitted *Pro Hac Vice*)<br><br>*Attorneys for Plaintiffs* | MARK E. FERRARIO, SBN 1625<br>KARA B. HENDRICKS, SBN 7743<br>WHITNEY L. WELCH, SBN 12129<br>**GREENBERG TRAURIG, LLP**<br>10845 Griffith Peak Drive, Suite 600<br>Las Vegas, Nevada 89135<br>Tel: (702) 938-6856<br>Fax: (702) 792-9002<br>ferrariom@gtlaw.com<br>hendricksk@gtlaw.com<br>welchw@gtlaw.com<br><br>*Attorneys for Defendants Clark County*<br>*School District,*<br>*Shawn Paquette and Kristy Keller*<br><br>TREVOR J. HATFIELD, SBN 7373<br>**HATFIELD & ASSOCIATES, LTD**<br>703 S. 8th Street<br>Las Vegas, NV 89101<br>Tel: (702) 388-4469<br>Fax: (702) 386-9825<br>THatfield@HatfieldLawAssociates.com<br><br>*Attorneys for Defendant James P. Doran* |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BROOK M. HURD, GERALDINE C. HURD, AND M.H., A MINOR, BY AND THROUGH HER GUARDIAN AD LITEM, BROOK M. HURD; LUIS O. VILLALOBOS; OLIVIA N. ESPINOZA; AND L.M.V., A MINOR, BY AND THROUGH HIS GUARDIAN AD LITEM OLIVIA N. ESPINOZA;<br><br>        Plaintiffs,<br>  v.<br>CLARK COUNTY SCHOOL DISTRICT, JAMES P. DORAN, SHAWN PAQUETTE, AND KRISTY KELLER<br><br>        Defendants. | Case No. 2:16-cv-02011-GMN-NJK<br><br>**STIPULATION EXTENDING DEADLINE FOR PLAINTIFFS TO FILE MOTION FOR ATTORNEYS FEES AND COSTS**<br><br>**[SECOND REQUEST]** |

IT IS HEREBY STIPULATED by and between the parties to the above-entitled action that:

Plaintiffs, BROOK M. HURD, GERALDINE C. HURD, and M.H., a minor, by and through her guardian ad litem, BROOK M. HURD; LUIS O. VILLALOBOS; OLIVIA N. ESPINOZA; L.M.V., a minor, by and through his guardian ad litem, OLIVIA N. ESPINOZA; ZEKROLLAH SANAEI, ELHAM EGHDAMIAN; and S.S., a minor, by and through his guardian ad litem, ZEKROLLAH SANAEI, and Defendant, Clark County School District ("CCSD") (collectively, the "Parties"), by and through its undersigned counsel of record, hereby stipulate and agree as follows:

IT IS HEREBY STIPULATED by and between the parties to the above-entitled action as follows:

1. The parties reached an agreement to settle the above matter at a settlement conference on November 8, 2018.

2. On November 14, 2018, the Court issued a Minute Order setting forth the terms of that agreement. The agreement provides that the plaintiffs shall file a petition for compromise of the minors' claims within 30 days of the School Board's approval of the proposed settlement. In addition, Plaintiffs are to file an application for attorneys' fees and costs within 30 days of the Board's approval of the settlement.

3. At the January 16, 2019 status conference the parties indicated that the CCSD Board was expected to consider the settlement on January 24, 2019.

4. Due to unforeseen circumstances, the CCSD Board did not consider the proposed settlement until its meeting on February 14, 2019.

5. On January 28, 2019, the Court entered a stipulated order extending the deadline for Plaintiffs' to file a Motion for Attorneys' Fees and Costs to thirty days after the anticipated board action on February 14, 2019.

6. The current deadline for Plaintiffs to file their Motion for Attorneys' Fees and Costs is March 15, 2019.

7. The parties hereby stipulate to a two-week extension of this deadline making the

new deadline for Plaintiffs to file their Motion for Attorneys' Fees and Costs March 29, 2019.

| DATED this 1st day of March, 2019.<br><br>GREENBERG TRAURIG, LLP<br><br>　　*/s/ Kara B. Hendricks*<br>MARK E. FERRARIO, ESQ.<br>Nevada Bar No. 1625<br>KARA B. HENDRICKS, ESQ.<br>Nevada Bar No. 7743<br>WHITNEY L. WELCH-KIRMSE, ESQ.<br>Nevada Bar No. 12129<br>10845 Griffith Peak Dr., #600<br>Las Vegas, NV  89135<br><br>*Attorneys for Defendants Clark County School District and Shawn Paquette* | DATED this 1st day of March, 2019.<br><br>LAW OFFICES OF PETER ALFERT, PC<br><br>　　*/s/ Peter W. Alfert*<br>PETER W. ALFERT, ESQ.<br>*Admitted Pro Hac Vice*<br>IAN A. HANSEN, ESQ.<br>*Admitted Pro Hac Vice*<br>909 Marina Village Parkway, #199<br>Alameda, CA 94501<br><br>MARIANNE C. LANUTI, ESQ.<br>Nevada Bar No. 7784<br>LAW OFFICES OF MARIANNE C. LANUTI<br>194 Inveraray Court<br>Henderson, NV 89074<br><br>TODD BOLEY, ESQ.<br>*Admitted Pro Hac Vice*<br>LAW OFFICES OF TODD BOLEY<br>2831 Mariner Square Drive, Suite 280<br>Alameda, CA 94501<br><br>*Attorneys for Plaintiffs* |
|---|---|
| DATED this 1st day of March, 2019.<br><br>HATFIELD & ASSOCIATES<br><br>　*/s/　　Trevor J. Hatfield*<br>TREVOR J. HATFIELD, ESQ.<br>Nevada Bar No. 4373<br>KARA B. HENDRICKS, ESQ.<br>*Attorneys for Defendant James Doran* | |

# **ORDER**

The deadline for Plaintiffs to File a Motion for Attorneys' Fees and Costs is extended two weeks to March 29, 2019.

**IT IS SO ORDERED:**

**Dated:** March 14, 2019

_____
**UNITED STATES MAGISTRATE JUDGE**