MARK E. FERRARIO, ESQ.
Nevada Bar No. 1625
KARA B. HENDRICKS, ESQ.
Nevada Bar No. 7743
WHITNEY L. WELCH-KIRMSE, ESQ.
Nevada Bar No. 12129
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: ferrariom@gtlaw.com
       hendricksk@gtlaw.com
       welchkirmsew@gtlaw.com

*Attorneys for Defendants*
*Clark County School District and Shawn Paquette*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BROOK M. HURD, GERALDINE C. HURD, and M.H., a minor, by and through her guardian ad litem, BROOK M. HURD; LUIS O. VILLALOBOS; OLIVIA N. ESPINOZA; L.M.V., a minor, by and through his guardian ad litem, OLIVIA N. ESPINOZA; ZEKROLLAH SANAEI, ELHAM EGHDAMIAN; and S.S., a minor, by and through his guardian ad litem, ZEKROLLAH SANAEI,<br><br>        Plaintiffs,<br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT; JAMES P. DORAN; and SHAWN PAQUETTE,<br><br>        Defendants. | Case No. 2:16-cv-02011-GMN-PAL<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR CLARK COUNTY SCHOOL DISTRICT TO FILE A RESPONSE TO PLAINTIFFS' MOTION FOR ATTORNEY FEES AND COSTS**<br><br>**[FIRST REQUEST]** |

      Plaintiffs, by and through their undersigned counsel of record, and Defendants, Clark County School District ("CCSD") and Shawn Paquette ("Paquette") (together the "CCSD Defendants") (collectively, the "Parties"), by and through their undersigned counsel of record, hereby stipulate and agree as follows:

      1.     On March 29, 2019, Plaintiffs filed their Motion for Attorney Fees and Costs ("Motion") [ECF No. 178].

1

2. CCSD's deadline to file a response to Plaintiffs' Motion is April 12, 2019.

3. Due to defense counsels' schedules, Plaintiffs and CCSD have stipulated to allow CCSD additional time to file its response to Plaintiffs' Motion up to and including April 19, 2019. This is the first request for an extension of time of CCSD's April 12, 2019 deadline.

THEREFORE, the Parties respectfully request an extension for the CCSD Defendants to file its response to Plaintiffs' Motion for Attorney Fees and Costs up to and including **April 19, 2019**. Accordingly, Plaintiffs' Reply in Support of the Motion for Attorneys Fees and Costs will be due **April 26, 2019.**

DATED this 9th day of April, 2019.

GREENBERG TRAURIG, LLP

/s/Kara B. Hendricks
MARK E. FERRARIO, ESQ.
Nevada Bar No. 1625
KARA B. HENDRICKS, ESQ.
Nevada Bar No. 7743
WHITNEY L. WELCH-KIRMSE, ESQ.
Nevada Bar No. 12129
3773 Howard Hughes Parkway, Suite 400 N
Las Vegas, NV 89169

*Attorneys for Defendants Clark County School District and Shawn Paquette*

DATED this 9th day of April, 2019.

LAW OFFICES OF PETER ALFERT, PC

/s/Peter W. Alfert
PETER W. ALFERT, ESQ.
*Admitted Pro Hac Vice*
IAN A. HANSEN, ESQ.
*Admitted Pro Hac Vice*
909 Marina Village Parkway, #199
Alameda, CA 94501

MARIANNE C. LANUTI, ESQ.
Nevada Bar No. 7784
LAW OFFICES OF MARIANNE C. LANUTI
194 Inveraray Court
Henderson, NV 89074

TODD BOLEY, ESQ.
*Admitted Pro Hac Vice*
LAW OFFICES OF TODD BOLEY
2831 Mariner Square Drive, Suite 280
Alameda, CA 94501

*Attorneys for Plaintiffs*

**IT IS SO ORDERED:**

_____
**Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT**

**DATED:  April   11  , 2019.**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of April, 2019, a true and correct copy of the foregoing **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR CLARK COUNTY SCHOOL DISTRICT TO FILE A RESPONSE TO PLAINTIFFS' MOTION FOR ATTORNEY FEES AND COSTS [FIRST REQUEST]** was filed electronically via the Court's CM/ECF system. Notice of filing will be served on all parties by operation of the Court's CM/ECF system, and parties may access this filing through the Court's CM/ECF system.

/s/   *Andrea Flintz*
An employee of Greenberg Traurig, LLP