# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Brook M. Hurd, et al.

                Plaintiffs,

v.

Clark County School District, et al.

                Defendants.

JUDGMENT IN A CIVIL CASE
FOR ATTORNEY FEES

Case Number: 2:16-cv-02011-GMN-BNW

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered in favor of the Plaintiffs for Attorney Fees and Costs. Plaintiffs are entitled to an award of $500,00 in attorney fees and $425,000 in costs.

12/2/19  
Date

DEBRA K. KEMPI  
Clerk

/s/ A. Reyes  
Deputy Clerk