1  MARK E. FERRARIO, ESQ.
   Nevada Bar No. 1625
2  KARA B. HENDRICKS, ESQ.
   Nevada Bar No. 7743
3  WHITNEY L. WELCH-KIRMSE, ESQ.
   Nevada Bar No. 12129
4  **GREENBERG TRAURIG, LL**P
   10845 Griffith Peak Drive, Suite 600
5  Las Vegas, NV 89135
6  Telephone: (702) 792-3773
   Facsimile: (702) 792-9002
7  Email:  ferrariom@gtlaw.com
           hendricksk@gtlaw.com
8          welchkirmsew@gtlaw.com
9  *Attorneys for Defendants*
   *Clark County School District and Shawn Paquette*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BROOK M. HURD, GERALDINE C. HURD, and M.H., a minor, by and through her guardian ad litem, BROOK M. HURD; LUIS O. VILLALOBOS; OLIVIA N. ESPINOZA; L.M.V., a minor, by and through his guardian ad litem, OLIVIA N. ESPINOZA; ZEKROLLAH SANAEI, ELHAM EGHDAMIAN; and S.S., a minor, by and through his guardian ad litem, ZEKROLLAH SANAEI,<br><br>Plaintiffs,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT; JAMES P. DORAN; and SHAWN PAQUETTE,<br><br>Defendants. | Case No. 2:16-cv-02011-GMN-BNW<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

It is hereby STIPULATED AND AGREED between Plaintiffs, BROOK M. HURD, GERALDINE C. HURD, and M.H., a Minor, by and through her Guardian Ad Litem, BROOK M. HURD; LUIS O. VILLALOBOS; OLIVIA N. ESPINOZA; L.M.V., a Minor, by and through his Guardian Ad Litem, OLIVIA N. ESPINOZA; ZEKROLLAH SANAEI, ELHAM EGHDAMIAN; and S.S., a Minor, by and through his Guardian Ad Litem, ZEKROLLAH SANAEI (collectively Plaintiffs),

and Defendants CLARK COUNTY SCHOOL DISTRICT, JAMES P. DORAN, and SHAWN PAQUETTE (collectively Defendants), by and through their attorneys of record that, in accordance with Fed.R.Civ.P. 41(a)(2), all claims asserted against Defendants CLARK COUNTY SCHOOL DISTRICT, JAMES P. DORAN, and SHAWN PAQUETTE herein are dismissed with prejudice.

**IT IS SO STIPULATED.**

DATED this 2nd day of January, 2020.

GREENBERG TRAURIG, LLP

_/s/Kara B. Hendricks_
MARK E. FERRARIO, ESQ.
Nevada Bar No. 1625
KARA B. HENDRICKS, ESQ.
Nevada Bar No. 7743
WHITNEY L. WELCH-KIRMSE, ESQ.
Nevada Bar No. 12129
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
*Attorneys for Defendants Clark County School District and Shawn Paquette*

DATED this 2nd day of January, 2020.

HATFIELD & ASSOCIATES, LTD.

_/s/ Trevor J. Hatfield_
TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 7373
703 South Eighth Street
Las Vegas, NV 89101
*Attorney for Defendant James Doran*

DATED this 2nd day of January, 2020.

LAW OFFICES OF PETER ALFERT, PC

_/s/ Peter W. Alfert_
PETER W. ALFERT, ESQ.
*Admitted Pro Hac Vice*
IAN A. HANSEN, ESQ.
*Admitted Pro Hac Vice*
909 Marina Village Parkway, #199
Alameda, CA 94501

MARIANNE C. LANUTI, ESQ.
Nevada Bar No. 7784
LAW OFFICES OF MARIANNE C. LANUTI
194 Inveraray Court
Henderson, NV 89074

TODD BOLEY, ESQ.
*Admitted Pro Hac Vice*
LAW OFFICES OF TODD BOLEY
2381 Mariner Square Drive, Suite 280
Alameda, CA 94501
*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

Dated this  3  day of January, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court